JACKSON, on the Demise of GORDY, *v.* GREEN and Others.

A DECREE in chancery, however erroneous the proceed- *Monday,*
ings may be, is not a nullity, if the Court had jurisdiction of *June 2.*
the subject-matter and of the parties.